# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KEITH BRUCE, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) NO. 3:18-cv-00688 |
| v. | )<br>) |
| WASTE INDUSTRIES, LLC., | )<br>) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Notice Regarding Settlement Payments (Doc. No. 85) notifying the court that the entire settlement has been paid in full. This case was administratively closed on September 23, 2019 until full payment of settlement. Accordingly, this action is now **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE